*United Kingdom Ministry o Justice* [handwritten]

1 | PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2 | Name: _Burger_ _Sonny_ _D_
3 |          LAST              FIRST              MIDDLE INITIAL
4 | Prisoner Number: _F 85263_
5 | Institutional Address: _RJD State Prison B-6 #120_
6 | _4460 Alta Road San Diego, Ca 92179-001_

7 | *FILED*
8 | APR 23 2019
9 | SUSAN Y. SOONG
10 | CLERK, U.S. DISTRICT COURT
   | NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 19-2177  WHO (PR)

11 | _Sonny Burger I_
12 |                          )  Case Number: _____
13 |          Petitioner,     )  (Provided by the clerk upon filing)
14 | vs.                      )
15 | _California_             )   PETITION FOR A WRIT
16 |                          )   OF HABEAS CORPUS
17 |          Respondent(s).  )  _Adjunt for a Writ o_
18 |                          )  _Habeas Corpus # 42 U.S.C._
   |                          )  _§1983_

19 | I.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

20 |     A. What sentence are you challenging in this petition?
21 |        1. Name and location of court that imposed sentence (for example: Alameda County
22 |           Superior Court, Oakland):
23 |        2. Court _Kern County BF134705A_
24 |        3. Location _480 Alta Road 92179-001 #_
25 |        4. Case number, if known _BF134705A_
26 |        5. Date and terms of sentence _Feb. 6th 2012_
27 |        6. Are you now in custody serving this term? ("In custody" means in jail, on parole or
28 |           probation, etc.) ........................................(YES)  NO

If yes, provide name and address of institution:

~~FCI~~ 480 Alta Road

San Diego Ca. 92179- 001

B.  For what crime were you given this sentence?

*Note:* If your petition challenges a sentence for more than one crime, list each crime separately using California Penal Code numbers, if known.  If you are challenging more than one sentence, you should file a different petition for each sentence.

False Imprisonment For assault

I should got out at preliminary

C.  Did you have any of the following proceedings?

Arraignment: ........................................................................................ (YES)  NO

Preliminary Hearing:........................................................................... (YES)  NO

Motion to Suppress: ............................................................................ (YES)  NO

D.  How did you plead? .................................Guilty    Not Guilty    Nolo Contendere

Any other plea (specify) _____

E.  If you went to trial, what kind of trial did you have?

Jury        Judge alone        (Judge alone on a transcript)

F.  Did you testify at your trial? ..................................................... YES    (NO)

G.  Did you have an attorney at the following proceedings?

1.  Arraignment .............................................................................. (YES)  NO

2.  Preliminary hearing.................................................................. (YES)  NO

3.  Time of plea ............................................................................. (YES)  NO

4.  Trial........................................................................................... (YES)  NO

5.  Sentencing................................................................................. (YES)  NO

6.  Appeal ...................................................................................... (YES)  NO

7.  Other post-conviction proceeding........................................... (YES)  NO

H.  Did you appeal your conviction? ................................................ (YES)  NO

1.  If you appealed, to what court(s) did you appeal?

PETITION FOR A WRIT OF HABEAS CORPUS (rev. 8/2015)
*page 2 of 6*

END Game

Court of Appeal.................................................(YES)  Year: 2013 NO

Result: _____ denied _____

Supreme Court of California....................(YES) Year:_____  NO

Result: _____ denied _____

Any other court ...................................................(YES)  Year:_____  NO

Result: _____ denied _____

2. If you appealed, were the grounds the same as those that you are raising in this

   petition?............................................................ YES  (NO)

3. Did the court issue an opinion?.............................(YES)  NO

4. Did you seek permission to file a late appeal under Rule 31(a)?........ YES  (NO)

   If you did, give the name of the court and the result: _____

   _____

I. Other than appeals, have you previously filed any petitions, applications or motions with

   respect to this conviction in any court, state or federal?......................(YES)  NO

   *Note:* If you previously filed a petition for a writ of habeas corpus in federal court challenging the
   same conviction you are challenging now and if that petition was denied or dismissed with
   prejudice, you must first file a motion in the U. S. Court of Appeals for the Ninth Circuit
   for an order authorizing this court to consider this petition. You may not file a second or
   successive federal habeas petition without first obtaining such an order from the Ninth Circuit.
   28 U.S.C. § 2244(b).

   If you sought relief in any proceeding other than an appeal, answer the following

   questions for each proceeding. Attach extra paper if you need more space.

   1. Name of court: _California Supreme Court_

      Type of proceeding: _Writ of Habeas Corpus Petition_

      Grounds raised (be brief but specific):

      a. _You find out. CDLR took my_

      b. _property_

      c. _____

      d. _____

      Result: _denied out of ignorance_ Date of result: _2013_

2.  Name of court: _California Supreme Court_

Type of proceeding: _____

Grounds raised (be brief but specific):

a. _False Imprisonment_

b. _Attempted Murder_

c. _"Attempted_

d. _____

Result: _____ Date of result:_____

3.  Name of court: _____

Type of proceeding: _____

Grounds raised (be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of result:_____

4.  Name of court: _____

Type of proceeding: _____

Grounds raised (be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of result:_____

J.  Is any petition, appeal or other post-conviction proceeding now pending in any court?

..........................._I going to kill these assholes_ YES    NO

Name and location of court: _Try me ?!.!_

PETITION FOR A WRIT OF HABEAS CORPUS (rev. 8/2015)
page 4 of 6

United Kingdom

1   II.   GROUNDS FOR RELIEF

2   State briefly every reason why you believe you are being confined unlawfully. Give facts to

3   support each claim. For example, what right or privilege were you denied? What happened?

4   Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if

5   you need more space. Answer the same questions for each claim.

6   *Note:* You must present ALL your claims in your first federal habeas petition. Subsequent petitions
    may be dismissed without review on the merits. 28 USC §2244(b); *McCleskey v. Zant*, 499 U.S.
7   467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

8   Claim One: _____ False Imprisonment_____

9

10  Supporting facts: _____ I need Fucking Councel_____

11  _____

12  _____

13

14  Claim Two: _____ #2 "Attempted Murder this goes

15  back 23 year & change_____

16  Supporting facts: _____ CJIS_____

17  _____

18  _____

19

20  Claim Three: _____ I will destry California if this

21  CONTINUSe_____

22  Supporting facts: _____

23  _____ Bucking Ham Palace_____

24  _____ Knotting ham Castle_____

25  _____ Windsor Castle_____

26  If any of these grounds was not previously presented to any other court, state briefly which

27  grounds were not presented and why: _____ It was_____

28  _____

PETITION FOR A WRIT OF HABEAS CORPUS (rev. 8/2015)
*page 5 of 6*

End Game U.K.

The statute of limitation were out
To my L.A. case 22 or 23 years

List, by name and citation only, any cases that you think are close factually to yours so that they
are an example of the error you believe occurred in your case.  Do not discuss the holding or
reasoning of these cases: I need counsel so I can get
My CJIS

_____

_____

Do you have an attorney for this petition?........................................................ YES  (NO)

If you do, give the name and address of your attorney: _____

_____

WHEREFORE, petitioner prays that the court grant him/her the relief to which he/she may be
entitled in this action.  I verify under penalty of perjury that the foregoing is true and correct.

Executed on:

    3-5-19                    Sonny Burger II
_____          _____
      Date                    Signature of Petitioner

Westminister Castle

Dover Castle

Manchester Castle

Kensington Castle

Twin Towers

Portcheste Castle

ETC.

PETITION FOR A WRIT OF HABEAS CORPUS (rev. 8/2015)
page 6 of 6

Sonny Barger II
R.J.D. # B-6 #120
480 Alta Rd.
San Diego, Ca 92179-001


United States District Court
N.D. California _#_____
Adjunct
42 USC §1983 under Ku-Klux Klan Act
Petition for a writ of Habeas Corpus

Barger

California vs U.S.

M/c

My petition for a writ of Habeas Corpus is to attempt to get U.S Agencies and CDCR to come to terms with Rule # 34, Fed R Civ P and to terminate the courts excuse to turn down my law suit by my Financial Obligation. See Rule # 26 k) Fed. R. Civil

My odd filing is also a legal fiction of my intellect. My Financial issue is a very poor excuse to make me pay $ that I don't have. See exhibit # A-4 in which I've been trying to get documents since 2012 ①

against legal policy, and to get CDCR
to give me documents I ask under Fed.
R. Civ. P # 35, And meeting Indegent
formalities in Rule #26(c) Fed. R. Civ.
P., respectfully.

To due without the docum-
ents I ask, puts me in a illegale hold
and violates the law as described here-
in. I respectfully Declare to run both the
Complaint, 42 U.S.C.§ 1983, adjunct to my
petition for a writ of Habeus Corpus as
in Prieser vs. Rodriguez, Under the Ku. Klux
Klan Act of 1871.

I reserve this right, and
I see that under the Ku-Klux-Klan Act,
it is possible that the Northern District
is aware that some legal omissions are so
misconstrued, that the N. D. Cal. may see
its right to prosecute some moves, the
Defence has made deliberatly, to have
the court aware that they in the North-
ern District can prosecute the defence for
5 years. And within the 5 years the Court
can legalilly by pass the 5 years and ask
for stiffer sentences. "Attempted Murder" and
all who have conspired in it, is who I

There is so much illegal controversity in my Complaint, Its absurd. So as the plantiff, I forclose on this action, to move on to this complex case.

Nickname      Sonny Barger II
legal name    Gary Dale Barger
fake name     Gary Francis Fisher

4-11-19

My complaint is on November 27th or there abouts. My cellmate attacked me in my sleep. He crushed my wind pipe and left me with ataxia, a loss of my equallibrum. I have a speech impairment that crushed wind pipe also leaves me with ataxia, and my typical day will never be so again. These are permanent as in some sadist act. Leaving me to a very bad situation and there is no District Court rule on a very bad mobility crisus and to rule out a "Attempted Murder" is not in construction, but seems to be worsoming. I am not getting enough exercising. Which is an metu execute a rigoues Work out to eliminate my wheel chair which after 5 years would be

③

am aiming this legal recomendation at, By appointing me counsel these issue's can be magnifing to get the momentan to prosecute legully, rather than a Sham prosecution,

Case in point on my CJIS rap sheet to my Kern County case# BF134705A the defence in this case, used in a 14 month period 9 presiding judges 7 District Attorneys and 5 public defenders. That is 21 differant court officers in a 14 month period. The defence may have diplomatic imunity to crimes manifested by themselves, though this is not a good legal move, and violated my Due Process, ecspecialy 9 judges, eliminating my presiding judge.

My concept is that all of this including two jury trials by Ventura County Executive Court Clerck Micheal Planet execute 2 jury trials that never happend. I sue both Courts for this devious, sadistic crimes of this kind of illegal, Due Process, and 8ठ amendment issue's herein, these documents that I ask to be filed in your court. I also ask to not put Judge Orrick or superviser Judge Henderson on this case.

HC-001

Name: Sonny Burger II

Address: R. J. Donovan State Prison
B-6 #120
480 Alta Road
San Diego, Ca. 92179-001

CDC or ID Number: F85263

U.S. District Court
Eastern District of California
Sacramento

*(Court)*

**PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner: Sonny Burger II

vs.

Respondent: Director of Operations at CNCR
United States

No. _____

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2016). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

HC-001

**This petition concerns:**

☐ A conviction                    ☐ Parole

☐ A sentence                      ☐ Credits

☒ Jail or prison conditions       ☐ Prison discipline

☒ Other *(specify)*: Olsen Review - Custody Records

1. Your name: Sonny Barger II A.K.A. Guy Dale Barger

2. Where are you incarcerated? R. J. Donovan State Prison

3. Why are you in custody? ☒ Criminal conviction   ☐ Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon"). Assult

   b. Penal or other code sections: _____

   c. Name and location of sentencing or committing court: Kern County Superior Court

   d. Case number: BF141705A

   e. Date convicted or committed: 2-6-12

   f. Date sentenced: 2-6-12

   g. Length of sentence: 6 yrs plus 2

   h. When do you expect to be released? 5-10-19

   i. Were you represented by counsel in the trial court? ☒ Yes   ☐ No   *If yes, state the attorney's name and address:*
   Martha J. Roarder Attorney @ Law

4. What was the LAST plea you entered? *(Check one)*:

   ☐ Not guilty   ☐ Guilty   ☒ Nolo contendere   ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury   ☐ Judge without a jury   ☒ Submitted on transcript   ☐ Awaiting trial

HC-001

6. **GROUNDS FOR RELIEF**
**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

CDCR had illegally denied me a Olsen Review for 5 years and last given one on while I was at Pelican Bay State Prison.

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*.

The last time I was given a Olsen Review was while I was at Pelican Bay State Prison. This was for only for 2 or 3 pages of documents.

b. Supporting documents:
Attach declarations, relevant records, transcripts, or other documents supporting your claim. (See *People v. Duval* (1995) 9 Cal. 4th 464, 474.)

c. Supporting cases, rules, or other authority *(optional)*:
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

It is case law only CDCR will not give me my property. This is why I can't state case law. It is in my property

HC-001

7. **Ground 2 or Ground _____** *(if applicable):*

a. Supporting facts:

All in my Law Books I own in my property
I do request my property back with my Olsen Review of
which can legally have

N.A

b. Supporting documents:

c. Supporting cases, rules, or other authority:

HC-001

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes    ☐ No    If yes, give the following information:

   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):

_____

   b. Result: _____    c. Date of decision: _____

   d. Case number or citation of opinion, if known: _____

   e. Issues raised: (1) _____

             (2) _____

             (3) _____

   f. Were you represented by counsel on appeal? ☐ Yes    ☐ No    If yes, state the attorney's name and address, if known:

_____

9. Did you seek review in the California Supreme Court? ☐ Yes    ☐ No    If yes, give the following information:

   a. Result: _____    b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised: (1) _____

             (2) _____

             (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal. (See *In re Dixon* (1953) 41 Cal.2d 756, 759):

_____

_____

_____

11. Administrative review:

   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:

All I request is to order CDCR to give me a Olson Review under this CDCR # F85263 from 2-14-13 to the present moment. And my property back Law books etc., paper work

_____

_____

   b. Did you seek the highest level of administrative review available? ☐ Yes    ☒ No
   *Attach documents that show you have exhausted your administrative remedies. (See People v. Duvall (1995) 9 Cal.4th 464, 474.)*    A waste of time

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court, including this court? (See *In re Clark* (1993) 5 Cal.4th 750, 767-769 and *In re Miller* (1941) 17 Cal.2d 734, 735.)
☒ Yes    If yes, continue with number 13.    ☒ No    If no, skip to number 15.
NO

13 a. (1) Name of court: _____

    (2) Nature of proceeding (for example, "habeas corpus petition"): _____

    (3) Issues raised: (a) _____

              (b) _____

    (4) Result (attach order or explain why unavailable): _____

    (5) Date of decision: _____

b. (1) Name of court: _____

    (2) Nature of proceeding: _____

    (3) Issues raised: (a) _____

              (b) _____

    (4) Result (attach order or explain why unavailable): _____

    (5) Date of decision: _____

c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Robbins* (1998) 18 Cal.4th 770, 780.)

I continuelly get turned down

_____

16. Are you presently represented by counsel?  ☐ Yes  ☒ No   If yes, state the attorney's name and address, if known:

_____

_____

17. Do you have any petition, appeal, or other matter pending in any court?  ☐ Yes  ☐ No   If yes, explain:

A U.S District Court is Higher than a Superior court

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

there is no lower Court than a County Cort, And this is in its best instance going to a U.S District cort and judge.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 3-1-19 _____   Sonny Berger II
                                  (SIGNATURE OF PETITIONER)

U.S. District Court E. D. Cal.

~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~

~~COUNTY OF~~ _____

| | |
|---|---|
| In re Sonny Bonger II | No. |
| | REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY |
| On Habeas Corpus | |

I, [petitioner's name], declare that I am a petitioner to the above-referenced matter, that I am incarcerated at [name of prison], and that I an indigent and unable to afford counsel. My total assets are $_____ and my income is $_____ per month.

I hereby request that counsel be appointed in this matter so that my interests may be protected by the professional assistance required.  In addition, when a court issues an order to show cause, counsel must be appointed for an indigent petitioner who requests counsel. California Rules of Court, rule 4.551 (c)(2).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on [date].

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

Gary Dale Barger A.K.A. Sonny Barger II

TELEPHONE NO.:                    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  United States
STREET ADDRESS:
MAILING ADDRESS: District Court S.D Cal.
CITY AND ZIP CODE:
BRANCH NAME: Southern District

PLAINTIFF/PETITIONER: Sonny Barger II
DEFENDANT/RESPONDENT: Director of Operation CDCR

**DECLARATION**

CASE NUMBER:

I declare in this declaration, that I
was attacked and brutally beaten by my, Cellmate Scott
Nicholas Gram. Also I have been asking C.D.C.R for
5 years or So for a CDCR OlsenReview, for my
Custody Records. I need my custody Records for 2013
to the present day, so I can use them as evidence,
CDCR in general disrypted this LawSuit I am filing
and leave My, majority of complaints out of this
Law Suit along with CDCRS ommission for a "OlsenReview".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 3-1-19

Sonny Barger II
(TYPE OR PRINT NAME)

Sonny Barger II
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☒ Petitioner   ☐ Defendant
☐ Respondent   ☐ Other (Specify):

MC-031

| PLAINTIFF/PETITIONER: Sonny Barger II | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Director of Operations & CDCR | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

On November 27, 2013 while at New Folsom, I was savagely attacked by my cellmate Scott Nicohaus Graham, and the injurys to my head indicates Correctional Officers billy clubs. I am now in a wheelchair, with "Ataxia". I also do declare I'm also "partily paralyzed due to Scott Nicohlus Graham's beating. There is no misconception ill becoming of my personal injuris, the injuries is permanet and contribution factor to be mobil in any meaning ful way, Graham pulled me off of my top bunk while I was asleep.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____Sonny Barger II_____
(TYPE OR PRINT NAME)

_____Sonny M Barger_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☒ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

MC-025

| SHORT TITLE: Barye vs. U.S | CASE NUMBER: |
|---|---|

ATTACHMENT *(Number):* # 3

*(This Attachment may be used with any Judicial Council form.)*

CDCR has kept me from any portion of all LawLibrarys and CDCRs ommission is deliberat. I am a 3 striker and parole on 5-10-19 and am declining. I have a "Traumatic Brain Injury" and this injury is keeping me in. This Nevro Injury triggered my "Ataxia" and I am left totaly Numb due this I am confined to a wheelchair. My neck feels like is was broken, and my pain is ot, very well felt. CDCR, forcefully keeps me medicated and never has given me a MRI, to gauge the where-abouts, and the depth of my pain. It seems go to my nervous Ssyem from my neck even, a painful Shoulder that is somewhat constricted from figer tip to finger tip, and both my arms, along with heavy heavy numbness.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 3 of 4

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Barger vs Director & Ops. of CDCR | CASE NUMBER |
|---|---|

**ATTACHMENT** (Number): _____

(This Attachment may be used with any Judicial Council form.)

From my thighs down to my toes. The poor medical I get is from 3rd world CDCR doctors. So far CDCR has been good at giving me Medical Records. The only pwt I question is the D.O.A. arrival at the hospital in U.C. Davis. Comeing at a hospital D.O.A. is subject to prosedion I file this under the klu-klux-klan act of 1871. CDCR has stolen my Court files and notes. Once when I was was initrally injured and at U.C. Davis hospital. CDCR has crossed the threshold several times with my property. During my stay in CDCR "The medical Records are washed down, and I contemplate the Medical Records are even authentice or not.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 4 of 5

(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]
**ATTACHMENT**
to Judicial Council Form
www.courtinfo.ca.gov

Name: _Sonny Burger II_

CDC No: _F85263_

Address: _R. J Donovan 15-6-120_

_480 Alta Rd. San Diego, Ca 92179_

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

_Sonny Burger II_
　　　　　　　　　　Plaintiff/Petitioner,

v.

_Director of "Ops", CDCR_
　　　　　　　　　　Defendants/Respondent.

CASE NUMBER:

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, _Sonny Burger II_, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1.　Are you currently incarcerated?　　☒ Yes　__ No　(If "no" DO NOT USE THIS FORM)

　　State the place of your incarceration. _____

2.　Are you currently employed (includes prison employment)?　　__ Yes　☒ No

　　a.　If the answer is "yes" state the amount of your pay. _____

3.　Have you received any money from the following sources over the last twelve months?

　　a.　Business, profession, or other self-employment:　__ Yes　☒ No
　　b.　Rent payments, interest or dividends:　__ Yes　☒ No
　　c.　Pensions, annuities or life insurance payments:　__ Yes　☒ No
　　d.　Disability or workers compensation payments:　__ Yes　☒ No
　　e.　Re Gifts or inheritances:　__ Yes　☒ No
　　f.　Any other sources:　__ Yes　☒ No

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

4.  Do you have cash (includes balance of checking or savings accounts)?      __ Yes   X No

    If "yes" state the total amount: _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?                                      __ Yes      X No

    If "yes" describe the property and state its value: _____

6.  Do you have any other assets?            __ Yes         X No

    If "yes," list the asset(s) and state the value of each asset listed:_____

7.  List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

    _____

    _____

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

_____5-1-19_____                              _____Sonny Burger II_____
DATE                                          SIGNATURE OF APPLICANT

**Applicant's CDCR Number (Mandatory for CDCR Applicants):** _____

*__CERTIFICATION BELOW IS TO BE COMPLETED BY__*
*__NON-CDCR INCARCERATED PRISONERS ONLY__*

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at
_____ (name of institution). I further certify that during the past six months the
applicant's average monthly balance was $_____. I further certify that during the past six months the
average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six
months.)

_____                              _____
DATE                                          SIGNATURE OF AUTHORIZED OFFICER

Access to Reading Materials

My magazines were allways getting stolen. I did get one, but — Evidence.

I find all said Herein istrue under penalty of perjury in the United States

Sonny Barger II

1-10-19

6

Name: _Sonny Burger II_

CDC No: _F45263_

Address: _R.J Donovan 13-6-120_

_480 Alta Rd. San Diego Ca 92179_

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

_Sonny Burger II_
          Plaintiff/Petitioner,

v.

_Director of "Ops", CDCR_
          Defendants/Respondent.

CASE NUMBER:

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, _Sonny Burger II_, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      X Yes  __ No  (If "no" DO NOT USE THIS FORM)

      State the place of your incarceration. _____

2. Are you currently employed (includes prison employment)?      ___ Yes    X No

     a.      If the answer is "yes" state the amount of your pay. _____

3. Have you received any money from the following sources over the last twelve months?

     a.      Business, profession, or other self-employment:    ___ Yes    X No
     b.      Rent payments, interest or dividends:    ___ Yes    X No
     c.      Pensions, annuities or life insurance payments:    ___ Yes    X No
     d.      Disability or workers compensation payments:    ___Yes    Y No
     e.      Re Gifts or inheritances:    ___ Yes    X No
     f.      Any other sources:    ___ Yes    X No

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes ☒No

   If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ___ Yes ☒ No

   If "yes" describe the property and state its value: _____

6. Do you have any other assets? ___ Yes ☒ No

   If "yes," list the asset(s) and state the value of each asset listed: _____

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

   _____
   _____

**This form must be dated and signed below for the court to consider your application.**

   I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   5-1-19                          Sonny Borger II
   _____             _____
   DATE                            SIGNATURE OF APPLICANT

**Applicant's CDCR Number (Mandatory for CDCR Applicants):** _____

### *CERTIFICATION BELOW IS TO BE COMPLETED BY NON-CDCR INCARCERATED PRISONERS ONLY*

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____              _____
DATE                             SIGNATURE OF AUTHORIZED OFFICER

HC-001

Name: Sonny Burner II

Address: R. J. Donovan State Prison
B-6#120
480 Alta Road
San Diego, Ca. 92179-001

CDC or ID Number: F85263

U.S. District Court
Eastern District of California
Sacramento

*(Court)*

## PETITION FOR WRIT OF HABEAS CORPUS

Petitioner: Sonny Burner II

vs.

Respondent: Director of Operations at CMCR
United States

No. _____

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2016). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

HC-001

**This petition concerns:**

- [ ] A conviction
- [ ] Parole
- [ ] A sentence
- [ ] Credits
- [x] Jail or prison conditions
- [ ] Prison discipline
- [x] Other (specify): Olsen Review - Custody Records

1. Your name: Sonny Barger II A.K.A. Guy Pile Barger

2. Where are you incarcerated? R.J. Donovan State Prison

3. Why are you in custody? [x] Criminal conviction [ ] Civil commitment

*Answer items a through i to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

Assault

b. Penal or other code sections: _____

c. Name and location of sentencing or committing court: Kern County Superior Court

d. Case number: BF 141705 A

e. Date convicted or committed: 2-6-12

f. Date sentenced: 2-6-12

g. Length of sentence: 8 yrs plus 2

h. When do you expect to be released? 5-10-19

i. Were you represented by counsel in the trial court? [x] Yes [ ] No *If yes, state the attorney's name and address:*

Martha J. Reasider Attorney @ Law

4. What was the LAST plea you entered? *(Check one):*

- [ ] Not guilty
- [ ] Guilty
- [x] Nolo contendere
- [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

- [ ] Jury
- [ ] Judge without a jury
- [x] Submitted on transcript
- [ ] Awaiting trial

HC-001

6. GROUNDS FOR RELIEF
   Ground 1: State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

CDCR had illegally denied me a Olsen Review for 5 years and last given me on while I was at Pelican Bay State Prison.

a. Supporting facts:
   Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*.

The last time I was given a Olsen Review was while I was at Pelican Bay State Prison. That was for only for 2 or 3 pages of documents.

b. Supporting documents:
   Attach declarations, relevant records, transcripts, or other documents supporting your claim. (See *People v. Duval* (1995) 9 Cal. 4th 464, 474.)

c. Supporting cases, rules, or other authority *(optional)*:
   (Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

It is case law only CDCR will not give me my property. This is why I cant state case law. It is in my property

HC-001

7. Ground 2 or Ground _____ *(if applicable)*:

a. Supporting facts: All in my Law Books I own in my property I do reveal my property book with my Olsen Review of which I'm legally have

*N. A*

b. Supporting documents:

c. Supporting cases, rules, or other authority:

**PETITION FOR WRIT OF HABEAS CORPUS**

HC-001

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes ☐ No   If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):

_____

b. Result: _____   c. Date of decision: _____

d. Case number or citation of opinion, if known: _____

e. Issues raised: (1) _____

(2) _____

(3) _____

f. Were you represented by counsel on appeal? ☐ Yes ☐ No   If yes, state the attorney's name and address, if known:

_____

9. Did you seek review in the California Supreme Court? ☐ Yes ☐ No   If yes, give the following information:

a. Result: _____   b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal. (See *In re Dixon* (1953) 41 Cal.2d 756, 759):

_____

_____

_____

11. Administrative review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:

All I request is to order CDCR to give me a Olson
Review under this CDCR # F85263 from 2-14-13 to the present moment.
And my property back Law books etc, paper work

_____

_____

_____

b. Did you seek the highest level of administrative review available?   ☐ Yes   ☒ No
*Attach documents that show you have exhausted your administrative remedies. (See People v. Duvall (1995) 9 Cal.4th 464, 474.)*   A waste of time

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court, including this court? (See *In re Clark* (1993) 5 Cal.4th 750, 767-769 and *In re Miller* (1941) 17 Cal.2d 734, 735.)
☒ Yes   If yes, continue with number 13.   ☒ No   If no, skip to number 15.
NO

HC-001

13 a. (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

                      (b) _____

   (4) Result (attach order or explain why unavailable): _____

   (5) Date of decision: _____

b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

                      (b) _____

   (4) Result (attach order or explain why unavailable): _____

   (5) Date of decision: _____

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____
_____
_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Robbins* (1998) 18 Cal.4th 770, 780.)   I continuelly get turned down

_____
_____

16. Are you presently represented by counsel?   ☐ Yes   ☒ No   If yes, state the attorney's name and address, if known:

_____
_____

17. Do you have any petition, appeal, or other matter pending in any court?   ☐ Yes   ☐ No   If yes, explain:

A U.S District Court is Higher then a Superior court

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

there is no lower Court then a County Court, And this is in the best inclrest going to a U.S District court and judge.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 3-1-19                          ► Sonny Berger
                                         (SIGNATURE OF PETITIONER)

MC-025

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Burger vs Director Ops. of CDCR | |

ATTACHMENT (Number): _____

*(This Attachment may be used with any Judicial Council form.)*

From my thighs down to my toes. The poor medical I get is from 3rd world CDCR doctors. So far CDCR has been good at giving me Medical Records. The only part I question is the D.O.A. arrival at the hospital in U.C. Davis. Comeing at a hospital D.O.A. is subject to prosecution I file this under the klu-kluxr klann act of 1871. CDCR has stolen my Court files and notes. Once when I was was initially injured and at U.C. Davis hospital. CDCR has crossed the threshold several times with my property. During my stay in CDCR "The medical Records are washed down, and I contemplate the Medical Records are even authentice or not.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 4 of 5

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

U.S. District Court E.D. Cal.

~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~

~~COUNTY OF~~ _____

In re Sonny Booger II

On Habeas Corpus

No.

REQUEST FOR APPOINTMENT OF
COUNSEL AND DECLARATION OF
INDIGENCY

I, [petitioner's name], declare that I am a petitioner to the above-referenced matter, that I am incarcerated at [name of prison], and that I an indigent and unable to afford counsel. My total assets are $_____ and my income is $_____ per month.

I hereby request that counsel be appointed in this matter so that my interests may be protected by the professional assistance required. In addition, when a court issues an order to show cause, counsel must be appointed for an indigent petitioner who requests counsel. California Rules of Court, rule 4.551 (c)(2).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on [date].

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Sonny Barger II_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _R.J. Donovan_ _State_ Prison,

in the county of _San Diego_ ,

State of California. My prison address is: _R J Donovan State Prison B-6-120_ _480 Alta Vista Road   San Diego Ca 92119-001_ .

On _5-1-14_ ,

(DATE)

I served the attached: _Declaration, Complaint Petition For a Writ of_ _Habeas Corpus_

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

_N. Do Cul_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _4-1-19_       _Sonny Barger II_

(DATE)                    (DECLARANT/S SIGNATURE)

Civ-69 (Rev. 9/97)                                           ::ODMA\PCDOCS\WORDPERFECT\22832\1